

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00802-CV

Robert David **NALBACH**,
Appellant

v.

Stephanie Dawn **NALBACH**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14091
Honorable Martha Tanner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is affirmed.

It is ORDERED that appellee Stephanie Dawn Nalbach recover her costs of this appeal from appellant Robert David Nalbach.

SIGNED April 17, 2013.

_____
Luz Elena D. Chapa, Justice